# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2002 AUG 19 P 2: 11

_____ CLERK'S OFFICE
BY DEPUTY CLERK ROOM 2609
TELEPHONE
215) 597-

**MICHAEL E. KUNZ**
CLERK OF COURT

August 15, 2002

Lawrence Talamo
District Clerk
Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA  70801

        Re:   Diet Drugs MDL 1203
              **SEE ATTACHED LIST**

Dear Clerk:

      Enclosed is a certified copy (or copies) of an order of the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil action(s) to this district under 28 U.S.C. Section 1407.

      **Panel Rule 19(a) has been suspended in this litigation. <u>Please provide only a certified copy of the docket entries and a certified copy of the complaint together with any amendments to the complaint.</u>**

      <u>**DO NOT FORWARD THE ORIGINAL RECORD(S).**</u>  (See Pretrial Order #2 enclosed)

      Should you have any questions regarding this request, please call me at the number listed above.

                            Very truly yours,

                            MICHAEL E. KUNZ
                            Clerk of Court

                      By: Sharon Carter
                          MDL Coordinator

enc.

DKT. & ENTERED
DATE 8/19/02
NOTICE MAILED TO:
DATE_____ BY____

| INITIALS | DOCKET# |
|---|---|
| cp | 6 |

Case 3:02-cv-00606-FJP   Document 6   08/19/02   Page 1 of 4

FILED
JAN -9 1998
MICHAEL E. KUNZ, Clerk
By /s/ _____ Dep. Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/ :
FENFLURAMINE/DEXFENFLURAMINE :
PRODUCTS LIABILITY LITIGATION) :
: MDL DOCKET NO. 1203
:
THIS DOCUMENT RELATES TO ALL :
ACTIONS :

### PRETRIAL ORDER #2

AND NOW, this 7th day of January, 1998, for the purposes of MDL 1203 and until further notice of the transferee court, this order changes the duties of a transferor court under Rule 19(a), (b) and (c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation as follows:

> Upon receipt of a certified copy of a transfer order from the clerk of the transferee district court, the clerk of the transferor court shall retain the entire original file and forward to the clerk of the transferee district court only a certified copy of both the docket sheet and the complaints together with amendments, if any. The clerk of the transferor court shall mark the case closed upon transfer to the transferee court. Following the docketing of a transfer order in the transferee court, any papers to be filed regarding any civil action covered by that transfer order are to be filed in the transferee court.

LOUIS C. BECHTLE, J.

A CERTIFIED TRUE COPY

AUG 1 2 2002

ATTEST
FOR THE JUDICIAL PANEL OF
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 8-15-02
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 25 2002

FILED
CLERK'S OFFICE

DOCKET NO. 1203

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

(CONDITIONAL TRANSFER ORDER (CTO-94)

On December 10, 1997, the Panel transferred nine civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 3,022 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Harvey Bartle III.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Bartle.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of December 10, 1997, (1997 WL 774-929), as amended on January 6, 1998, cited at 990 F.Supp. 834 (J.P.M.L. 1998), and, with the consent of that court, assigned to the Honorable Harvey Bartle III.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

AUG 1 2 2002

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-94 - TAG ALONG CASES
# DOCKET NO. 1203
# IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

DISTRICT  DIV. CIVIL ACTION#

ALABAMA MIDDLE
  ~~ALM        2    02-563~~                 ~~Charlene Adams, et al. v. American Home Products Corp., et al.~~ Opposed 8/7/02

CALIFORNIA CENTRAL
  CAC      2    02-4013         Barbara Hillard v. American Home Products Corp.
  CAC      2    02-4689         Tammy Sateriale v. American Home Products Corp., et al.
  CAC      2    02-4690         Christopher Devicariis v. American Home Products Corp., et al.
  CAC      2    02-4692         Elaine Candelaria v. American Home Products Corp., et al.
  CAC      2    02-4694         Martha Rivera Kahoe v. American Home Products Corp., et al.
  CAC      2    02-4695         Elliott Kalt, et al. v. American Home Products Corp., et al.
  CAC      5    02-593          David Wright v. American Home Products Corp., et al.
  CAC      5    02-594          Sherry Walker v. American Home Products Corp., et al.

DISTRICT OF COLUMBIA
  DC       1    02-929          Susan Winkler Snyder v. Wyeth, et al.

FLORIDA MIDDLE
  FLM      6    02-657          Janet Brown v. Wyeth Co.

LOUISIANA EASTERN
  ~~LAE        2    02-1726~~                ~~Lorie A. Poindexter v. Wyeth Co., et al.~~  Opposed 08/08/02

LOUISIANA MIDDLE
  LAM      3    02-497          Bonnie F. Gauthier v. American Home Products Corp., et al.
  LAM      3    02-576          Tonya Muguira v. American Home Products Corp., et al.
  LAM      3    02-591          Yvonne McCray v. American Home Products Corp., et al.
  LAM      3    02-606          Aisha Troxclair v. American Home Products Corp., et al.
  LAM      3    02-607          Coralie Granger v. American Home Products Corp., et al.

LOUISIANA WESTERN
  LAW      1    02-1031         Nadine Blake v. American Home Products Corp., et al.
  LAW      2    02-1023         Jeanine Ann Breaux v. American Home Products Corp., et al.
  LAW      2    02-1057         Barbara Landry Citizen v. American Home Products Corp., et al.

MICHIGAN EASTERN
  MIE      2    02-72104        Sheena Weidman v. Wyeth, et al.

TEXAS EASTERN
  ~~TXE        2    02-92~~                  ~~Lisa Toland, et al. v. Wyeth-Ayerst Laboratories Corp., et al.~~ Vacated 08/02/02
  ~~TXE        2    02-95~~                  ~~Diann Bice, et al. v. Wyeth-Ayerst Laboratories Co., et al~~ Vacated 08/02/02
  ~~TXE        2    02-96~~                  ~~Othell Laferney v. Wyeth-Ayerst Laboratories Co., et al.~~ Opposed 08/09/02
  ~~TXE        2    02-97~~                  ~~Vickie Carol Campbell-Reese, et al. v.~~
                                              ~~Wyeth-Ayerst Laboratories Co., et al.~~ Vacated 08/12/02
  ~~TXE        5    02-105~~                 ~~Robin J. Buchanan, et al. v. Wyeth-Ayerst Laboratories, Inc., et al.~~ Vacated 08/12/02

TEXAS SOUTHERN
  TXS      2    02-271          Theresa Hodge v. Wyeth, et al.
  TXS      3    02-160          Sandra J. Robertson v. American Home Products Corp.
  ~~TXS        4    02-2221~~                ~~Etta Harleaux v. Wyeth, et al.~~ Opposed 08/08/02
  ~~TXS        4    02-2222~~                ~~William Patarick Dore, III v. Wyeth, et al.~~ Opposed 08/08/02

TEXAS WESTERN
  TXW      5    02-501          Harry Wakefield, etc. v. American Home Products Corp., et al.

UTAH
  UT       2    02-467          Kathy Ashby, et al. v. Wyeth, et al.
  UT       2    02-489          Cecelia Pickett, et al. v. American Home Products Corp., et al.